# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Denard Sarratt,

       Plaintiff(s),

vs.

USA ,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

3:02-CV-219-2/3:01-CR-8 & 3:01CR137

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/20/05 Order.

May 20, 2005

FRANK G. JOHNS, CLERK

BY: *Betsy Wallace*
Betsy Wallace, Deputy Clerk